UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HASSAN ALI,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-1387-P |
| VERSUS | JUDGE DRELL |
| UNKNOWN DEFENDANT, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 16), and after a *de novo* review of the record including the Objection filed by Plaintiff (ECF No. 17), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's Complaint (ECF No. 1) is DENIED and DISMISSED under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A, with prejudice to the claims being asserted again until the conditions set forth in *Heck v. Humphrey*, 512 U.S. 477 (1994), have been met. *See DeLeon v. City of Corpus Christi*, 488 F.3d 649, 657 (5th Cir. 2007).

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 19th day of May, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE